# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>SUSAN J. ALLEN,<br><br>                Debtor.<br><br>EK REAL ESTATE FUND I, LLC and EASYKNOCK, INC.,<br><br>                Plaintiffs,<br><br>v.<br><br>KARA S. RESCIA, CHAPTER 7 BANKRUPTCY TRUSTEE,<br><br>                Defendant. | Chapter 7<br><br>Case No. 22-30067 (AMN)<br><br><br><br>Adv. Pro. No. 24-03004 (AMN) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Conn. L. Civ. R. 83.1(d) and D. Conn. L. Bankr. R. 1001(a) of the United States District Court for the District of Connecticut, **Kurt A. Mayr**, a member of the bar of the United States District Court for the District of Connecticut, respectfully moves this Court to permit the appearance of **Richard C. Ramirez**, a member of the bar of the State of New York, to practice *pro hac vice* before the United States Bankruptcy Court for the District of Connecticut and to represent EK Real Estate Fund, I, LLC and EasyKnock, Inc. (together, "EasyKnock") in the above captioned case. In support of this motion, the undersigned respectfully states as follows:

      1.     Mr. Ramirez maintains a primary office at 1185 Avenue of the Americas, 22nd Floor, New York, New York 10036; telephone (212) 970-1600, fax (212) 970-1650 and email rramirez@glennagre.com.

2.	Mr. Ramirez is a member in good standing of the bar of the State of New York (NY Bar No. 5609631) and of the United States District Court for the Southern District of New York. Mr. Ramirez has not been denied admission or disciplined by this Court or any other court, nor is he, to the best of his knowledge, the subject of any pending disciplinary complaints. Mr. Ramirez has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Civil Rules of the United States District Court for the District of Connecticut and the Connecticut Rules of Professional Conduct. Mr. Ramirez has not been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint. An Affidavit from Mr. Ramirez attesting to these representations is attached hereto as **Exhibit A**.

3.	The $200.00 fee required by D. Conn. L. Civ. R. 83.1(d)(2) for Mr. Ramirez's admission *pro hac vice* is tendered herewith.

4.	In accordance with D. Conn. L. Civ. R. 83.1(c), the undersigned agrees to accept service on behalf of Mr. Ramirez and further acknowledges that the District of Connecticut shall be the forum for the resolution of any dispute arising out of Mr. Ramirez's admission.

WHEREFORE, Kurt A. Mayr, respectfully requests that this court grant Richard C. Ramirez permission to appear pro hac vice in this matter.

Dated: March 21, 2024

By: */s/ Kurt A. Mayr*
Kurt A. Mayr
Federal Bar No CT 27127
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Tel: (212) 970-1600
Fax (212) 970-1650
kmayr@glennagre.com
*Attorney for EK Real Estate Fund, I, LLC and EasyKnock, Inc*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance was filed electronically on March 21, 2024. Notice of this filing will be sent to all appearing parties through the Court's CM/ECF electronic mail system.

By: */s/ Kurt A. Mayr*
Kurt A. Mayr
Federal Bar No CT 27127
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Tel: (212) 970-1600
Fax (212) 970-1650
kmayr@glennagre.com
*Attorney for EK Real Estate Fund, I, LLC and EasyKnock, Inc*

**EXHIBIT A**

**AFFIDAVIT OF RICHARD C. RAMIREZ**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>SUSAN J. ALLEN,<br><br>Debtor. | Chapter 7<br><br>Case No. 22-30067 (AMN) |
| EK REAL ESTATE FUND I, LLC and EASYKNOCK, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KARA S. RESCIA, CHAPTER 7 BANKRUPTCY TRUSTEE,<br><br>Defendant. | Adv. Pro. No. 24-03004 (AMN) |

### AFFIDAVIT OF RICHARD C. RAMIREZ IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE*

Richard C. Ramirez, being duly sworn, deposes and states:

1. I submit this Affidavit in support of the motion for my admission as a visiting attorney as counsel to EK Real Estate Fund, I, LLC and EasyKnock, Inc. (together, "EasyKnock").

2. I am fully competent to testify as to the matters herein and have personal knowledge of the facts herein. All information in this Affidavit is correct and true to the best of my knowledge.

3. Pursuant to **D. Conn. L. Civ. R. 83.1(d)(1)(a)**, I am an attorney at Glenn Agre Bergman & Fuentes, LLP, located at 1185 Avenue of the Americas, 22nd Floor, New York, New York 10036. My telephone number is (212) 970-1600, my fax number is (212) 970-1650, and my email address is rramirez@glennagre.com.

4. I am not a resident of Connecticut and am not regularly engaged in business or professional activities in Connecticut.

5. Pursuant to **D. Conn. L. Civ. R. 83.1(d)(1)(b)**, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the bar of the State of New York. <u>My New York Bar Number is: 5609631</u>. I am also admitted to practice before the United States District Court for the Southern District of New York. There are no disciplinary proceedings pending against me in any jurisdiction, and I have never been convicted of any crime.

6. Pursuant to **D. Conn. L. Civ. R. 83.1(d)(1)(c)(i)**, I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

7. Pursuant to **D. Conn. L. Civ. R. 83.1(d)(1)(c)(ii)**, I have never been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application to practice before this Court or any other court, while facing a disciplinary complaint. As noted above, my New York Bar Number is: 5609631.

8. Pursuant to **D. Conn. L. Civ. R. 83.1(d)(1)(d)**, I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

9. In accordance with **D. Conn. L. Civ. R. 83.1 (d)(1)(e)**, I designate Kurt A. Mayr, sponsoring attorney, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under D. Conn. L. Civ. R. 83.1(d), including matters involving grievances filed against me and matters of attorney discipline that relate thereto.

10.    I further submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case.

11.    I further certify that the fee of $200.00 will be paid to the Clerk's Office of the United States District Court of the District of Connecticut prior to the filing of the motion and that the Court will receive a certificate of good standing from the State of New York within 60 days of admission.

[*Signature Page Follows*]

I declare under penalty of perjury that the foregoing is true and accurate.

/s/ Richard C. Ramirez

Subscribed and sworn before me by Richard C. Ramirez on this 20th day of March 2024.

/s/ Nathan Ades
Notary Public – State of New York

My Commission Expires: 5/10/25



**EXHIBIT B**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| In re:<br><br>SUSAN J. ALLEN,<br><br>            Debtor. | Chapter 7<br><br>Case No.  22-30067 (AMN) |
| EK REAL ESTATE FUND I, LLC and EASYKNOCK, INC.,<br><br>            Plaintiffs,<br><br>v.<br><br>KARA S. RESCIA, CHAPTER 7 BANKRUPTCY TRUSTEE,<br><br>            Defendant. | Adv. Pro. No.  24-03004 (AMN) |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF RICHARD C. RAMIREZ

Upon the motion of EK Real Estate Fund, I, LLC and EasyKnock, Inc. (together, "EasyKnock") for the admission of Richard C. Ramirez *pro hac vice* (the "Motion"), and the Court having determined that the requirements of D. Conn. L. Civ. R. 83.1(c) are satisfied, it is

ORDERED, that the Motion is granted; and it is further

ORDERED, Richard C. Ramirez shall be allowed to practice *pro hac vice* in the U.S. District Court for the District of Connecticut in connection with the above captioned case and related proceedings.

ORDERED, the Sponsoring Attorney is excused from attendance in Court pursuant to D. Conn. L. Civ. R. 83.1(d)(2).

 

_____
CHIEF JUDGE ANN M. NEVINS
UNITED STATES BANKRUPTCY JUDGE